■ Antonio Pagan, Respondent, v Magrill Brothers, Inc., et al., Defendants, and SCMI et al., Appellants. (And a Third-Party Action.) [664 NYS2d 36] —Order, Supreme Court, Bronx County (Bertram Katz, J.), entered November 15, 1996, which, *inter alia*, denied appellants' motion for summary judgment and granted plaintiff's cross motion for an open commission to depose Lino Ibraccia, unanimously affirmed, with costs.

In this product liability action, summary judgment was properly denied due to the existence of triable issues of fact as to liability, particularly as to the relationship between appellants and their parent SCM Spa, in light of, *inter alia*, their sharing of officers and directors. The court thus properly ordered the deposition of the parent's controller by open commission. We have considered appellants' remaining arguments and find them to be without merit. Concur—Sullivan, J. P., Milonas, Rosenberger and Williams, JJ.

■ In the Matter of Isaac Wright, Petitioner, v William J. Bratton, as Police Commissioner of the City of New York, et al., Respondents. [664 NYS2d 7] —Determination of respondent Police Commissioner dated September 29, 1995, which found petitioner guilty of wrongfully striking a handcuffed prisoner and imposed a penalty of forfeiture of 10 vacation days, unanimously confirmed, the petition denied, and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, New York County [Carol Arber, J.], entered July 23, 1996), dismissed, without costs.

The determination that petitioner wrongfully struck a handcuffed prisoner is supported by substantial evidence (*Matter of Purdy v Kreisberg*, 47 NY2d 354, 358; *Matter of Pell v Board of Educ.*, 34 NY2d 222, 230-232). Issues relating to the witnesses' credibility were for respondents to resolve (*Matter of Berenhaus v Ward*, 70 NY2d 436). Concur—Sullivan, J. P., Milonas, Rosenberger and Williams, JJ.